IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Jessica | Case Number: 07 B 03243 |
| | Judge: Hollis, Pamela S |
| Printed: 1/8/08 | Filed: 2/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 19, 2007
Confirmed: April 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 680.00 | |
| Secured: | | 643.28 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 36.72 |
| Other Funds: | | 0.00 |
| Totals: | 680.00 | 680.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 0.00 |
| 2. | Drive Financial Services | Secured | 11,234.80 | 643.28 |
| 3. | Illinois Dept of Revenue | Priority | 56.00 | 0.00 |
| 4. | Galway Financial Service | Unsecured | 24.93 | 0.00 |
| 5. | Illinois Lending Corporation | Unsecured | 64.34 | 0.00 |
| 6. | Capital One | Unsecured | 109.07 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 31.37 | 0.00 |
| 8. | America's Financial Choice Inc | Unsecured | 39.70 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 30.03 | 0.00 |
| 10. | Devon Financial Services Inc | Unsecured | 31.60 | 0.00 |
| 11. | Drive Financial Services | Unsecured | 28.16 | 0.00 |
| 12. | America's Financial Choice Inc | Unsecured | 45.80 | 0.00 |
| 13. | Collins Financial Services Inc | Unsecured | 28.80 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 26.53 | 0.00 |
| 15. | First Cash Advance | Unsecured | | No Claim Filed |
| 16. | American General Finance | Unsecured | | No Claim Filed |
| 17. | America's Financial Choice Inc | Unsecured | | No Claim Filed |
| 18. | Centrix Financial A/K/A FlatIron Fin | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | Collection Company Of America | Unsecured | | No Claim Filed |
| 21. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Jessica | Case Number: 07 B 03243 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 1/8/08 | Filed: 2/24/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 27. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 28. | Payday Loan | Unsecured | | No Claim Filed |
| 29. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 30. | Quick Click Loans | Unsecured | | No Claim Filed |
| 31. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |

$ 14,235.13    $ 643.28

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 36.72 |

$ 36.72

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_